Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>    Plaintiffs / Judgment Creditors,<br><br>    v.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>    Defendants / Judgment Debtors,<br><br>    and<br><br>CORTINAS PAINTING AND RESTORATION, INC.,<br><br>    Garnishee. | Case No.: MC13-5037BHS<br><br>ORDER TO ISSUE AND RETURN RENEWED WRIT OF GARNISHMENT<br><br>(Continuing Lien on Earnings)<br>(Steven Freemire) |

Order to Issue and Return Renewed Writ
(Case No. MC13-5037BHS)

1

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1  IT IS ORDERED: The Plaintiffs/Judgment Creditors' request for a Renewed Writ of
2  Garnishment directed to CORTINAS PAINTING AND RESTORATION, INC., as garnishee defendant
3  is:
4  [X] Granted. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorney
5  for plaintiffs/judgment creditors, Michael A. Urban, 4270 S. Decatur Boulevard, Suite A-9, Las
6  Vegas, NV 89103.
7  [ ] Denied for the following reasons:

Dated: 11/21/14

Judge Benjamin H. Settle

Order to Issue and Return Renewed Writ
(Case No. MC13-5037BHS)

2

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*