Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5<br><br>   Plaintiffs / Judgment Creditors,<br><br>v.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>   Defendants / Judgment Debtors,<br><br>and<br><br>CORTINAS PAINTING AND RESTORATION, INC.,<br><br>   Garnishee. | Case No.: MC13-5037BHS<br><br>ORDER TO ISSUE AND RETURN RENEWED WRIT OF GARNISHMENT<br><br>(Continuing Lien on Earnings)<br>(Steven Freemire) |

Order to Issue and Return Renewed Writ
(Case No. MC13-5037BHS)

1

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

IT IS ORDERED:  The Plaintiffs/Judgment Creditors' request for a Renewed Writ of Garnishment directed to CORTINAS PAINTING AND RESTORATION, INC., as garnishee defendant is:

[X]  Granted. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorneys for plaintiffs/judgment creditors, Michael A. Urban and Sean W. McDonald, 4270 S. Decatur Boulevard, Suite A-9, Las Vegas, NV  89103.

[ ] Denied for the following reasons:

Dated:  January 26, 2015

_____
BENJAMIN H. SETTLE
United States District Judge

Order to Issue and Return Renewed Writ
(Case No. MC13-5037BHS)

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

2