```
_____ FILED  _____ LODGED
         _____ RECEIVED

         FEB 04 2015

    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                           DEPUTY
```

Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>CORTINAS PAINTING AND RESTORATION, INC.,<br><br>Garnishee. | Case No. 3:13-mc-5037-BHS<br><br>[Proposed]<br>**JUDGMENT ON ANSWER OF GARNISHEE CORTINAS PAINTING AND RESTORATION, INC. AND ORDER TO PAY**<br><br>(Steven Ray Freemire) |

///

Proposed Judgment on Answer of Garnishee
Cortinas Painting and Restoration, Inc. and Order
to Pay (Steven Ray Freemire)
(Case No. 3:13-mc-5037-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

## I. JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditors: | Employee Painters' Trust Health & Welfare Fund; |
| | Western Washington Painters Defined Contribution Pension Trust; District Council No. 5 Apprenticeship and Training Trust Fund; |
| | Western Washington Painters Labor Management Cooperation Trust; |
| | International Union of Painters and Allied Trades Industry Pension Fund; and |
| | International Union of Painters and Allied Trades District Council No. 5 |
| Garnishment Judgment Debtor (Garnishee): | Cortinas Painting and Restoration, Inc. |
| Garnishment Judgment Amount: | $2,933.58 |
| Costs Judgment Debtor (Defendant): | Steven Ray Freemire |
| Costs Judgment Amount: | $270.07 |
| Attorney for Judgment Creditor: | Michael A. Urban, Esq., WA State Bar #20251<br>Sean W. McDonald, Esq., WA State Bar #48542<br>800 Bellevue Way NE, Suite 400<br>Bellevue, WA 98004<br>P. (425) 646-2394 / (702) 968-8087<br>F. (425) 462-5638 / (702) 968-8088<br>E-mail: murban@theurbanlawfirm.com<br>smcdonald@theurbanlawfirm.com |

## II. BASIS

IT APPEARING THAT Garnishee Cortinas Painting and Restoration, Inc. was indebted to Defendant Steven Ray Freemire in the non-exempt amount of $2,933.58; that at the time the Writ of Garnishment was issued defendant was employed by or maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant; and that plaintiff has incurred recoverable costs and attorney fees of $270.07; now, therefore, it is hereby

## III. ORDER

ORDERED as follows:

Proposed Judgment on Answer of Garnishee
Cortinas Painting and Restoration, Inc. and Order
to Pay (Steven Ray Freemire)
(Case No. 3:13-mc-5037-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

1. The Plaintiffs are awarded judgment against Garnishee Cortinas Painting and Restoration, Inc. in the amount of $2,933.58;

2. The Plaintiffs are awarded judgment against Defendant in the amount of $270.07 for recoverable costs, as stated on the writ of garnishment and return of service; and

3. Garnishee Cortinas Painting and Restoration, Inc. shall pay its judgment to the Plaintiffs' attorney through the registry of the Court and the Clerk of Court shall note receipt thereof and forthwith disburse such payment to Plaintiffs' attorney.

Garnishee is advised that failure to pay this judgment amount may result in execution of the judgment against it, including garnishment.

Dated this 11 of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**THE URBAN LAW FIRM**

_/s/ Sean W. McDonald_
Michael A. Urban, Esq., WA State Bar #20251
Sean W. McDonald, Esq., WA State Bar #48542
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs / Judgment Creditors*

Proposed Judgment on Answer of Garnishee Cortinas Painting and Restoration, Inc. and Order to Pay (Steven Ray Freemire) (Case No. 3:13-mc-5037-BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

3

# EXHIBIT A

Case 3:13-mc-05037-BHS Document 58 Filed 02/04/15 Page 5 of 18
Case 3:13-mc-05037-BHS Document 57-2 Filed 02/02/15 Page 2 of 5
Case 3:13-mc-05037-BHS Document 50 Filed 12/15/14 Page 1 of 4

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5 | Case No.: MC13-5037BHS<br><br>CERTIFICATE OF MAILING<br><br>(Garnishment, Continuing Lien on Earnings of Steven Freemire) |
| Plaintiffs / Judgment Creditors, | |
| v. | |
| STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation, | |
| Defendants / Judgment Debtors, | |
| and | |
| CORTINAS PAINTING AND RESTORATION, INC., | |
| Garnishee. | |

///

Certificate of Mailing (Garnishment, Continuing Lien on Earnings of Steven Freemire) (Case No. MC13-5037BHS)

1

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
Counsel for Plaintiffs

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 6 of 18
Case 3:13-mc-05037-BHS   Document 57-2   Filed 02/02/15   Page 3 of 5
Case 3:13-mc-05037-BHS   Document 50   Filed 12/15/14   Page 2 of 4

The undersigned STATES that:

1.1 I am a citizen of the State of Nevada, I am over the age of 18 years, and I am not a party to this action.

1.2 On November 25, 2014 at 2:45p.m. at Las Vegas, NV, I mailed to defendant Steven Ray Freemire at P.O. Box 1148 Graham, WA, 98338 by postage prepaid certified mail, return receipt requested or electronic return receipt delivery confirmation requested, the following document(s):

- ☐ Writ of Garnishment (Debts Other Than Earnings)
- ☒ Writ of Garnishment for Continuing Lien on Earnings
- ☒ Judgment Creditor's Writ Application
- ☒ Notice of Garnishment and of Your Rights
- ☒ Exemption Claim
- ☐ Notice to Defendant of Non-Responsive Exemption Claim
- ☐ Other: _____
- ☐ Other: _____

The return receipt (green card), or the certified envelope if unclaimed or undeliverable, or electronic return receipt delivery confirmation is attached to this certification.

1.3 On November 25, 2014 at 2:45p.m. at Las Vegas, NV I mailed to garnishee Cortinas Painting and Restoration, Inc., at 700 Yuma St., Milton, WA 98354, by postage prepaid certified mail, return receipt requested, or electronic return receipt delivery confirmation requested, the following document(s):

☐ For debts other than earnings:
- Writ of Garnishment (Debts Other than Earnings); and
- Answer to Writ of Garnishment (Debts other than Earnings); and
- Check or money order made payable to the garnishee in the amount of $20.00.

☒ For Continuing Lien on Earnings:
- ☒ Writ of Garnishment for Continuing Lien on Earnings; and
  - First Answer to Writ of Garnishment for Continuing Lien on Earnings
- ☐ Second Answer to Writ of Garnishment for Continuing Lien on Earnings

☐ Notice of Default Against Garnishee
☐ Other:_____
☐ Other:_____

Certificate of Mailing (Garnishment, Continuing Lien on Earnings of Steven Freemire) (Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

2

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 7 of 18
Case 3:13-mc-05037-BHS   Document 57-2   Filed 02/02/15   Page 4 of 5
Case 3:13-mc-05037-BHS   Document 50   Filed 12/15/14   Page 3 of 4

1  The return receipt (green card), or the certified envelope if unclaimed or undeliverable, or electronic
2  return receipt delivery confirmation is attached to this certification.

3  I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true
4  and correct.

5  Dated: December 15, 2014 at Las Vegas, Nevada.

6  Fees:                                    /s/ Krista Taylor-Openbrier
7     Service: $0.00                        Signature
8     Postage: $ 13.59                      Krista Taylor-Openbrier, Paralegal
      Answer Fee: $ 0.00                    Name and Title
9     Total:   $ 13.59

10 
   | Serving the writ of garnishment:
11 |
   | Service of the writ of garnishment (debts other than earnings) is invalid unless the writ is
12 | served with an answer form and a check or money order made payable to the garnishee in
   | the amount of twenty dollars ($20) for the answer fee.
13 |
   | Service of the writ of garnishment for continuing lien on earnings is invalid unless the
14 | writ is served with an answer form.

15

16

17

18

19

20

21

22

23

24

25

Certificate of Mailing (Garnishment, Continuing
Lien on Earnings of Steven Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

3

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 8 of 18

Case 3:13-mc-05037-BHS   Document 57-2   Filed 02/02/15   Page 5 of 5
Case 3:13-mc-05037-BHS   Document 50   Filed 12/15/14   Page 4 of 4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cortinas Painting and
Restoration, Inc.
700 Yuma St.
Milton, WA 98354

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Willie Cortinas
C. Date of Delivery: 12-2-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 91 7199 9991 7033 1405 7417

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven Ray Freenuire
P.O. Box 1148
Graham, WA 98338

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joa R Fr
C. Date of Delivery: 8-10-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 91 7199 9991 7033 1405 7400

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# EXHIBIT B

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 10 of 18
Case 3:13-mc-05037-BHS   Document 57-3   Filed 02/02/15   Page 2 of 5
Case 3:13-mc-05037-BHS   Document 49   Filed 12/11/14   Page 1 of 4



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5 | Case No.: MC13-5037BHS  <br><br>FIRST ANSWER TO WRIT OF GARNISHMENT FOR CONTINUING LIEN ON EARNINGS <br><br>(Steven Freemire) |
| Plaintiffs / Judgment Creditors, | |
| v. | |
| STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation, | |
| Defendants / Judgment Debtors, | |
| and | |
| CORTINAS PAINTING AND RESTORATION, INC., | |
| Garnishee. | |

13-MC-05037-ANS

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
clj@cjmlv.com
*Counsel for Plaintiffs*

1

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 11 of 18
Case 3:13-mc-05037-BHS   Document 57-3   Filed 02/02/15   Page 3 of 5
Case 3:13-mc-05037-BHS   Document 49   Filed 12/11/14   Page 2 of 4

1  **SECTION I.** If you are withholding the defendant's nonexempt earnings under a previously served writ
2  for a continuing lien, answer only sections I and III of this form and mail or deliver the forms as directed
3  in the writ. Withhold from the defendant's future nonexempt earnings as directed in the writ, and a
4  second set of answer forms will be forwarded to you later.

5      If you are NOT withholding the defendant's earnings under a previously served writ for a
6  continuing lien, answer this ENTIRE form and mail or deliver the forms as directed in the writ. A
7  second set of answer forms will be forwarded to you later for subsequently withheld earnings.

9  **ANSWER:** I am presently holding the defendant's nonexempt earnings under a previous writ served on
10  _____ (date) that will terminate not later than _____ (date).
11  On the date the writ of garnishment was issued as indicated by the date appearing on the last page of the
12  writ:
13  (A) The defendant: (check one) [X] was, [ ] was not employed by garnishee. If not employed and you
14  have no possession or control of any funds of defendant, indicate the last day of
15  employment:_____; and complete section III of this answer and mail or deliver
16  the forms as directed in the writ;
17  (B) The defendant: (check one) [ ] did, [X] did not maintain a financial account with garnishee; and
18  (C) The garnishee: (check one) [ ] did, [X] did not have possession of or control over any funds,
19  personal property, or effects of the defendant. (List all of defendant's personal property or effects in
20  your possession or control on the last page of this answer form or attach a schedule if necessary.)
21  **SECTION II.** At the time of service of the writ of garnishment on the garnishee there was due and
22  owing from the garnishee to the above-named defendant $ _____-0-_____.
23      This writ attaches a maximum of twenty-five percent (25%) of the defendant's disposable
24  earnings (that is, compensation payable for personal services, whether called wages, salary, commission,

First Answer to Writ of Garnishment for
Continuing Lien on Earnings (Steven Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

2

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 12 of 18

Case 3:13-mc-05037-BHS   Document 57-3   Filed 02/02/15   Page 4 of 5
Case 3:13-mc-05037-BHS   Document 49   Filed 12/11/14   Page 3 of 4

1  bonus, or otherwise, and including periodic payments pursuant to a nongovernmental pension or

2  retirement program).  Calculate the attachable amount as follows:

3  Gross Earnings                                                  $    1200.00           (1)

4  Less deductions required by law
   (social security, federal withholding tax, etc.
5  Do not include deductions for child support orders
   or government liens here. Deduct child support orders
6  and liens on line 7):                                           $    198.77            (2)

7  Disposable Earnings
   (subtract line 2 from line 1):                                  $    1001.23           (3)
8
9  Enter seventy-five percent (75%) of line 3:                     $    750.93            (4)

10 Enter one of the following exempt amounts*:                     $    253.75            (5)
   If paid Weekly $253.75     Semi-monthly $507.50
           Bi-Weekly $507.50   Monthly $1,015.00
11 *These are minimum exempt amounts that the defendant must
   be paid. If your answer covers more than one pay period,
12 multiply the preceding amount by the number of pay periods
   and/or fraction thereof your answer covers. If you use a pay
13 period not shown, prorate the monthly exempt amount.

14 Subtract the larger of lines 4 and 5 from line 3:               $    250.30            (6)

15 Enter amount (if any) withheld for ongoing
   government liens such as child support:                         $    -0-               (7)
16
17 Subtract line 7 from line 6. This amount
   must be held out for the plaintiff:                             $    250.30            (8)

18

19 This is the formula that you will use for withholding each pay period over the required sixty day

20 garnishment period. Deduct any allowable processing fee you may charge from the amount that is to be

21 paid to the defendant.

22 If there is any uncertainty about your answer, give an explanation on the last page or on an attached

23 page.

24

25

First Answer to Writ of Garnishment for
Continuing Lien on Earnings (Steven Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

3

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 13 of 18

Case 3:13-mc-05037-BHS   Document 57-3   Filed 02/02/15   Page 5 of 5
Case 3:13-mc-05037-BHS   Document 49   Filed 12/11/14   Page 4 of 4

1  SECTION III. An attorney may answer for the garnishee.

2  Under penalty of perjury, I affirm that I have examined this answer, including accompanying schedules,

3  and to the best of my knowledge and belief it is true, correct, and complete.

4

5  _____   12/8/14
   Signature of Garnishee Defendant    Date

6

7  _____   Office Manager
   Signature of Person Answering for Garnishee   Connection with Garnishee

8

9  Tessie J. Cruz                      700 Yuma St. Milton, WA 98354
10 Print Name of Person Signing         Address of Garnishee

11

12 If necessary, use this space to supplement your answer from the first and second pages:

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25

First Answer to Writ of Garnishment for
Continuing Lien on Earnings (Steven Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

4

# EXHIBIT C

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 15 of 18
Case 3:13-mc-05037-BHS   Document 57-4   Filed 02/02/15   Page 2 of 5
Case 3:13-mc-05037-BHS   Document 55   Filed 01/30/15   Page 1 of 4

FILED ____ LODGED
____ RECEIVED

JAN 30 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation,<br><br>Defendants / Judgment Debtors,<br><br>and<br><br>CORTINAS PAINTING AND RESTORATION, INC.,<br><br>Garnishee. | Case No.: MC13-5037BHS<br><br>SECOND ANSWER TO RENEWED WRIT OF GARNISHMENT FOR CONTINUING LIEN ON EARNINGS<br><br>(Steven Freemire) |

Second Answer to Renewed Writ of Garnishment for Continuing Lien on Earnings (Steven Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 16 of 18
Case 3:13-mc-05037-BHS   Document 57-4   Filed 02/02/15   Page 3 of 5
Case 3:13-mc-05037-BHS   Document 55   Filed 01/30/15   Page 2 of 4

1  **SECTION I.** ANSWER SECTION II OF THIS FORM WITH RESPECT TO THE TOTAL AMOUNT
2  OF EARNINGS WITHHELD UNDER THIS GARNISHMENT, INCLUDING THE AMOUNT, IF
3  ANY, STATED IN YOUR FIRST ANSWER, AND WITHIN TWENTY DAYS AFTER YOU
4  RECEIVE THESE FORMS, MAIL OR DELIVER THEM AS DIRECTED IN THE WRIT.

5  Nonexempt amount due and owing stated in the first answer    $ ―0―
6  Nonexempt amount accrued since the first answer    $ 2933.58
7  TOTAL AMOUNT WITHHELD    $ 2933.58

8  **SECTION II.** At the time of service of the writ of garnishment on the garnishee there was due and
9  owing from the garnishee to the above-named defendant $ ―0― .
10        This writ attaches a maximum of twenty-five percent (25%) of the defendant's disposable
11  earnings (that is, compensation payable for personal services, whether called wages, salary, commission,
12  bonus, or otherwise, and including periodic payments pursuant to a nongovernmental pension or
13  retirement program). Calculate the attachable amount as follows:

14  Gross Earnings    $ 1200.00    (1)

15  Less deductions required by law
16  (social security, federal withholding tax, etc.
    Do not include deductions for child support orders
17  or government liens here. Deduct child support orders
    and liens on line 7):    $ 198.08    (2)

18  Disposable Earnings
19  (subtract line 2 from line 1):    $ 1001.92    (3)

20  Enter seventy-five percent (75%) of line 3:    $ 751.44    (4)

21  Enter one of the following exempt amounts*:    $ 253.75    (5)
    If paid Weekly $253.75    Semi-monthly $507.50
22       Bi-Weekly $507.50    Monthly $1,015.00
    *These are minimum exempt amounts that the defendant must
23  be paid. If your answer covers more than one pay period,
    multiply the preceding amount by the number of pay periods
24  and/or fraction thereof your answer covers. If you use a pay
    period not shown, prorate the monthly exempt amount.

25  Subtract the larger of lines 4 and 5 from line 3:    $ 250.48    (6)

Second Answer to Renewed Writ of Garnishment
for Continuing Lien on Earnings (Steven
Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
ejj@cjmlv.com
*Counsel for Plaintiffs*

2

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 17 of 18

Case 3:13-mc-05037-BHS   Document 57-4   Filed 02/02/15   Page 4 of 5
Case 3:13-mc-05037-BHS   Document 55   Filed 01/30/15   Page 3 of 4

1  Enter amount (if any) withheld for ongoing
   government liens such as child support:          $ ___0___ (7)
2
   Subtract line 7 from line 6. This amount
3  must be held out for the plaintiff:              $ __250.48__ (8)

4

5  This is the formula that you will use for withholding each pay period over the required sixty day

6  garnishment period. Deduct any allowable processing fee you may charge from the amount that is to be

7  paid to the defendant.

8  If there is any uncertainty about your answer, give an explanation on the last page or on an attached

9  page.

10 SECTION III. An attorney may answer for the garnishee.

11 Under penalty of perjury, I affirm that I have examined this answer, including accompanying schedules,

12 and to the best of my knowledge and belief it is true, correct, and complete.

13

14 _____          __1/28/15_____
   Signature of Garnishee Defendant          Date
15

16 ___/s/_____        __Office Manager_____
   Signature of Person Answering for Garnishee   Connection with Garnishee
17

18 __Jessie J Cruz_____          __700 Yuma St. Milton, WA 98354__
   Print Name of Person Signing               Address of Garnishee
19

20

21 If necessary, use this space to supplement your answer from the first and second pages:

22 _____

23 _____

24 _____

25 _____

Second Answer to Renewed Writ of Garnishment
for Continuing Lien on Earnings (Steven
Freemire)
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

3

Case 3:13-mc-05037-BHS   Document 58   Filed 02/04/15   Page 18 of 18
Case 3:13-mc-05037-BHS   Document 57-4   Filed 02/02/15   Page 5 of 5
Case 3:13-mc-05037-BHS   Document 55   Filed 01/30/15   Page 4 of 4

Second Answer to Renewed Writ of Garnishment for Continuing Lien on Earnings (Steven Freemire) (Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
clj@cjmlv.com
*Counsel for Plaintiffs*

4