Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND; WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs / Judgment Creditors, <br><br> v. <br><br> STEVEN RAY FREEMIRE and JOAN MARIE FREEMIRE, husband and wife and the marital community comprised thereof; and PICTURE PERFECT PAINTING, INC., a Washington corporation, <br><br> Defendants / Judgment Debtors, <br><br> and <br><br> CORTINAS PAINTING AND RESTORATION, INC., <br><br> Garnishee. | Case No.: MC13-5037BHS <br><br> ORDER TO ISSUE AND RETURN RENEWED WRIT OF GARNISHMENT <br><br> (Continuing Lien on Earnings) <br> (Steven Freemire) |

Order to Issue and Return Renewed Writ
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

1

1  IT IS ORDERED: The Plaintiffs/Judgment Creditors' request for a Renewed Writ of
2  Garnishment directed to CORTINAS PAINTING AND RESTORATION, INC., as garnishee defendant
3  is:
4  [✓] Granted. The Clerk shall forthwith issue and return the Writ of Garnishment to the attorneys
5  for plaintiffs/judgment creditors, Michael A. Urban and Sean W. McDonald, 4270 S. Decatur
6  Boulevard, Suite A-9, Las Vegas, NV 89103.
7  [ ] Denied for the following reasons:

9  Dated: June 1, 2015

   _____
   Judge Benjamin H. Settle

Order to Issue and Return Renewed Writ
(Case No. MC13-5037BHS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, Washington 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiffs*

2